I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1/16/09

_____
DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 16 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ALLEN GREER,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>J. HARTLEY, Warden-Superintendent,<br><br>　　　　　Respondent. | Case No. CV 08-6585-PA (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice for failure to exhaust state remedies.

DATED: 1/14/09

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE